Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 3

| Aloha Pencil Company, LLC |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S  25-cv-00102

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Aloha Pencil Company, LLC, is a domestic interested party that participated in the underlying proceeding
   (Name and standing of plaintiff)

2. Plaintiff challenges aspects of the U.S. Department of Commerce final decision, Certain Cased Pencils From the People's Republic of China: Rescission of Antidumping Duty Adminsitrative Review; 2023-2024, 90 FR 19268 (Dep't of Commerce May 7, 2025)
   (Brief description of contested determination)

3. May 2, 2025
   (Date of determination)

4. May 7, 2025
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/Mark B. Lehnardt
Signature of Plaintiff's Attorney

June 6, 2025
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Mark B. Lehnardt
Davis & Leiman
1025 Connecticut Ave., N.W., Ste. 1012
Washington, D.C. 20036
202.642.4850  Mlehnardt@DLTrade.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)